IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JERALD PHILP,<br><br>            Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED et al,<br><br>            Defendant. | CV 20-35-BLG-SPW-TJC<br><br>**ORDER** |

Defendants C.R. Bard, Inc. and Bard Peripheral Vascular Inc. move for the admission of Tyler D. Coombe to practice before this Court in this case with Ian McIntosh to act as local counsel.  Mr. Coombe's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to admit Tyler D. Coombe *pro hac vice* is GRANTED on the condition that Mr. Coombe shall do his own work.  This means that Mr. Coombe must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Mr. Coombe may move for the admission pro hac vice of one (1) associate of his firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Coombe.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Coombe, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 13th day of May, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge