

SEP 1 0 2020

Clerk, U S District Court
District Of Montana
Billings

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| JERALD PHILP,<br><br>                Plaintiff,<br><br>vs.<br><br>C R BARD INCORPORATED and<br>BARD PERIPHERAL VASCULAR<br>INCORPORATED,<br><br>                Defendants. | CV-20-035-BLG-SPW-TJC<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS HEREBY ORDERED:

1. The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate

1

Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 10th day of September, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge