IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JERALD PHILP, | CV 20-35-BLG-SPW-TJC |
| Plaintiff, | |
| v. | **ORDER STAYING PROCEEDINGS** |
| C. R. BARD INC. and BARD PERIPHERAL VASCULAR INC., | |
| Defendants. | |

Before the Court is the parties' Joint Motion to Stay Proceedings until settlement terms can be finalized.  (Doc. 25.)  A telephonic status conference was held in the matter on November 18, 2020.  (Docs. 26, 27.)  During the conference, the Court addressed Plaintiff's lack of local counsel.  (*See* Docs. 21, 24.)  Plaintiff requested 30 days to remedy the issue.  Accordingly,

IT IS ORDERED that the Motion to Stay Proceedings (Doc. 25) is GRANTED.  All proceedings in this matter are STAYED for 90 days, or until February 16, 2021.  If settlement has not been accomplished by then, the parties shall file a joint status report outlining their efforts to complete settlement and advising of any additional time which may be necessary to do so.

IT IS FURTHER ORDERED that Plaintiff shall arrange for local counsel,

/ / /

who must file notice of appearance within 30 days, or December 18, 2020.

DATED this 18th day of November, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge