IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JERALD PHILP,<br><br>               Plaintiff,<br><br>    v.<br><br>C. R. BARD INC. and BARD<br>PERIPHERAL VASCULAR INC.,<br><br>               Defendants. | CV 20-35-BLG-SPW-TJC<br><br>**ORDER STAYING<br>PROCEEDINGS** |

Before the Court is Defendants C.R. Bard Inc. and Bard Peripheral Vascular Inc.'s Motion to Extend Stay. (Doc. 29.) Defendant requests 30 more days because Plaintiff has not obtained local counsel, as ordered by this Court. (*See* Doc. 28.)

IT IS ORDERED that the Motion to Extend Stay (Doc. 29) is GRANTED. All proceedings in this matter are STAYED for an additional 30 days, or until March 16, 2021. If settlement has not been accomplished by then, the parties shall file a joint status report outlining their efforts to complete settlement and advising of any additional time which may be necessary to do so.

IT IS FURTHER ORDERED that Plaintiff shall arrange for local counsel,

/ / /

who must file notice of appearance within 30 days, or March 16, 2021.

DATED this 16th day of February, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge